NANCI L. CLARENCE SBN 122286
SHANEEDA JAFFER, SBN 253449
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
Email: nclarence@clarencedyer.com
       sjaffer@clarencedyer.com

Attorneys for Defendant Martin William Washburn

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>DONALD DANIELS, MARTIN WILLIAM WASHBURN, TAPANI KOIVUNEN, and IRINA REBEGENEAU,<br><br>Defendants. | Case No.: CR-09-0862 MHP<br><br>**STATUS REPORT RE SURRENDER OF DEFENDANT TO BUREAU OF PRISON; [PROPOSED] ORDER EXONERATING BOND** |

Undersigned Counsel hereby submits that Martin William Washburn surrendered to the Federal Correction Institution at Taft, California on September 14, 2011 to serve the sentence imposed by the Court.

Defendant now respectfully requests exoneration of his bail, including his U.S. passport which was tendered to the Court pursuant to the pretrial release order in this matter.

Dated: September 26, 2011                    Respectfully submitted,

                                             */s/ Shaneeda Jaffer*
                                             SHANEEDA JAFFER
                                             Attorneys for Defendant, Martin William Washburn

IT IS SO ORDERED.

            9/28/2011                        _____
                                             Hon. Marilyn H. Patel
                                             United States District Court Judge

STATUS REPORT RE SURRENDER OF DEFENDANT TO BUREAU OF PRISON; [PROPOSED] ORDER EXONERATING BOND *US v. Martin William Washburn*, Case No.: CR-09-0862

**Proof of Service**

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On September 26, 2011, I served a copy, with all exhibits, of the following documents:

- **STATUS REPORT RE SURRENDER OF DEFENDANT TO BUREAU OF PRISON; [PROPOSED] ORDER EXONERATING BOND**

___X___ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

__X____ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| | |
|---|---|
| Drew Caputo, AUSA | Mr. Allen Lew |
| Christine Wong, AUSA | Ms. Gelareh Farahmand |
| 450 Golden gate Avenue, 11th Floor | Pretrial Services |
| San Francisco, CA 94102 | 280 S. First Street, Suite 1150 |
| Fax: (415) 436-7234 | San Jose, CA 95113 |
| Email: Drew.Caputo@usdoj.gov | Fax: (408) 535-5227, (415) 436-7517 |
|       Christine.Wong@usdoj.gov | |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/:  Abbie Chin
Abbie Chin

STATUS REPORT RE SURRENDER OF DEFENDANT TO BUREAU OF PRISON; [PROPOSED] ORDER EXONERATING BOND *US v. Martin William Washburn*, Case No.: CR-09-0862

2