IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:09-cr-00862-CRB |
| Plaintiff, | **ORDER DENYING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| MARTIN WILLIAM WASHBURN, | |
| Defendant. | |

The Defendant Martin Washburn having failed to demonstrate any circumstances that warrant early termination of his term of supervised release, his request (dkt. 375) is hereby DENIED.

**IT IS SO ORDERED.**

Dated: May 8, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE